St. Michael's Orphan Asylum and Industrial School, Hopewell, New Jersey, complainant-respondent,

*v.*

Conneen Construction Company, defendant-appellant, and Independent Brick Company, DeFlesco Brothers, Incorporated, A. S. Reid Brick Company, George B. Coursey, Concrete Specialties Company, The Tattersall Company, Rednor & Kline and J. B. Hill & Sons, defendants-respondents.

[Decided February 2d, 1934.]

*Mr. Ralph M. Kellam,* for the appellant.

*Mr. William E. Blackman,* for the respondents Independent Brick Company, George B. Coursey, Concrete Specialties Company and Tattersall Company.

*Mr. William A. Moore,* for the respondent Rednor & Kline.

Per Curiam.

The decree appealed from should be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Davis in the court of chancery.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Perskie, Dear, Wells, Dill, JJ.    11.

*For reversal*—Heher, Kays, Hetfield, JJ.    3.